AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

3519 TWENTY-SECOND STREET, S.E.,
WASHINGTON, D.C.

**SEARCH WARRANT**

CASE NUMBER:
07-225-M-01

TO: __Christopher Fiorito__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Christopher Fiorito_ who has reason to believe that
(name, description and or location)

> The search site is described as a multi-level, multi-family dwelling with an all brick exterior There is a concrete sidewalk which leads to a set of exterior stairs with leads to the second floor of the structure. The sides of the stairs are constructed of red brick. The door at the top of the stairs is dark yellow. The number "3519" is black with a white background and runs diagonally down from left to right and clearly displayed in the center of the door.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See Attachment A

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _____MAY 31 2007_____
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAY 21 2007  9:41 AM   at Washington, D.C.
Date and Time Issued

Alan Kay, United States Magistrate Judge
Name and Title of Judicial Officer    Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 05/21/2007 | 05/22/2007 0600 A.M | HELEN CHASE |

INVENTORY MADE IN THE PRESENCE OF

HELEN CHASE

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHED FORM FD-597

FILED

MAY 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

x _[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_   5/30/07
U.S. Judge or U.S. Magistrate Judge   Date

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 245D-WF-221187

On (date) 05/22/2007

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _____
(Street Address) 3519 22nd Street, SE
(City) Washington, D.C.

Description of Item(s):

1. Motorola T-Mobile Camera Phone w/ Red Case (G. Ryman) w/ charger
2. 6 Rounds in Plastic Bag (M. Dowd)
3. Documents - India of Occupancy (Turner)
4. 6 Rounds from .22 Pistol (Dowd)
5. .22 Pistol Serial # 24993K (Dowd)
6. Wallet (Gleason)
7. One Photo of Chase w/ Money (Ryman)
8. 2 Clear Plastic Containers w/ several .22 cal Rounds (Porter)
9. Blue Metal Container w/ scales, razor blades, ziplocks -- Drug paraphernalia (Dowd)
10. Black Scale (Dowd)
11. One Metro P.D. Business Card for Ofc. M.D. Pugh Badge #590 (Collins)
12. Notepad w/ phone numbers, envelope w/ phone #'s (Ryman)
13. 2 photos, 1 Disposable camera (Crump)
14. 5 cell phones, 4 chargers (Dowd)
15. Photographs & pamphlets (Turner)
16. Cingular Cellular Phone Bill, 1 Family Profile Sheet (Werner)
17. Measuring Cups, Strainer, Baggies, Ties, Playing Card (Lesinski)
-- Nothing Else --

Received By: _____(Signature)_____    Received From: _____(Signature)_____